United states Bankruptcy Court
For Eastern

District of Michigan
Southern Division


In re:
Taraya Patrice Johnson and
Rico Twan Johnson
Debtors.


Case 24-45544-MLo
Chapter 7
Hon Maria L Oxholm


Motion to chapter 7 case
To (1) Request to have case reopen and
(2) extension of time to file forms required for discharge - which was uploaded in pro se on 6/22/24.
(3) to waiver the $260.00 filing fee
A petition under chapter 7 was filed  in

The court closed the Case without entering a discharge because the debtor failed to timely file one or both of the forms  required for a discharge to be entered-
The document schedule Ef Creditor who have Insecured claims.

The debtors failed to file the Required Form by the original deadline and therefore need to have the case reopened so that the Required Foem can be filed and continue with the case.  we thought was submitted on 6/11/2024.  The MIEB_PEDUP sent a notice for both Rico and Taraya that a document was submitted . When the bankruptcy prepared check the pacer account it said schedule A-J was submitted which I thought it was included..    I am enclosed the document e/f
.
I would like to continue with the case and have the upcoming hearing.

The debtors request that the court enter an order () reopening the case purusuant to 11 usc 350(b)and FRBP10; and extending the time to file the Required Form form the date of entry of an order granting this motion.

Declaration
I declare under penalty of perjury that the foregoing is true and correct.
Thank you.

Taraya Patrice debtor



Rico Twan Johnson debtor

Date. 6/25/24

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OFFICE OF THE CLERK OF COURT
211 WEST FORT STREET, SUITE 2100 DETROIT, MICHIGAN 48226-3211
(313) 234-0065

proposed Order
Reopening Bankruptcy Case 24-45544-MLO

Rico Twan Johnson and
Taraya Patrice Johnson
Debtors

Done and ordered on. _____

 Maria L.Oxholm
     United States Bankruptcy Judge

Re:Debtors
Rico Twan Johnson
Taraya Patrice Johnson
8871 Sussex
Detroit MI 48228



United states Bankruptcy Court
For Eastern.
District of Michigan
Southern Division

In re:
Taraya Patrice Johnson and
Rico Twan Johnson
Debtors.


Case 24-45544-MLo
Chapter 7
Hon Maria L Oxholm


Proof of service for Motion to Reopen Bankruptcy case , waiver for filing fee to reopen case, document Of Creditors who have unsecured claims and Proposed Order on Motion to Reopen Case.


Served by united state mail on 6/25/24. By first class mail by placing in a true and correct copy therefore in a sealed envelope in the United States mail. First class and address as follows.

To bankruptcy trustee
Lim K Jln
176 S Harvey Street
Plymouth Mi 48170


And filed in case by pro se


Date 6/25/24


Rico Twan Johnson
Taraya Patrice Johnson

*Sign Below*
By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and
X _____  X _____
Signature of Debtor 1           Signature of Debtor 2